**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-62929-LEIBOWITZ/STRAUSS**

**LEVAN NADIRADZE**,

*Petitioner,*

*v.*

**FACILITY ADMINISTRATOR,**
**BROWARD COUNTY**,

*Respondent.*
_________________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon a Report and Recommendation by United States Magistrate Judge Jared M. Strauss [ECF No. 9] (the "R&R"), filed on November 5, 2026, recommending that Petitioner's Petition for Writ of Habeas Corpus be GRANTED IN PART. [*Id.* at 1, 6]. No Objections were filed during the objection period. Accordingly, upon due consideration and in the absence of clear error, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [**ECF No. 9**] is **ADOPTED** and fully incorporated herein.
2. Respondent must provide Petitioner with an individualized custody hearing before an immigration judge within **seven (7) days** of the date of this Order;
3. Respondent must afford Petitioner a meaningful opportunity to prepare for and attend the individualized custody hearing, including by notifying Petitioner's counsel (no less than 72 hours prior to the time the bond hearing is set to commence) of the time, date, and location of that hearing and any procedural requirements that must be satisfied in order to appear on behalf of Petitioner at that hearing;

4. Respondent shall file a status report informing the Court of the outcome of the individualized custody hearing and, if release is denied, explaining the reasons; and
5. Petitioner may re-raise his due process and other arguments if he does not prevail at the individualized custody hearing.

**DONE AND ORDERED** in the Southern District of Florida on November 12, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record